IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MELINDA HAMILTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-00488-BP |
| MIKE BLOOMBERG 2020 INC., | § § § | |
| Defendant. | § § | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Mike Bloomberg 2020, Inc. moves the Court for summary judgment on all of Plaintiff Melinda Hamilton's claims against it, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. Per Local Civil Rule 56.3(b), each of the matters required by Local Civil Rule 56.3(a) is set forth in the accompanying Brief in Support of Defendant's Motion for Summary Judgment. This motion is also supported by an appendix per Local Civil Rule 56.6.

Dated:  March 25, 2021.

Respectfully submitted,

*/s/ J. Meghan McCaig*
Greg W. Curry
State Bar No. 05270300
Greg.Curry@tklaw.com

J. Meghan McCaig
State Bar No. 24070083
Meghan.McCaig@tklaw.com

Dina McKenney
State Bar No. 24092809
Dina.McKenney@tklaw.com

Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

ATTORNEYS FOR DEFENDANT

2