# BLOOMBERG 2020

## Organizing Team Interview Notes Template

| CANDIDATE NAME: | | AT A GLANCE: |
|---|---|---|
| INTERVIEWER: | | → Org = $6000/month<br>→ $5000 Relocation stipend |
| INTERVIEW DATE: | | → Full health, dental and vision benefits<br>→ Travel/mileage reimbursement based on turf type |
| IN PERSON/PHONE: | | → Employment through November 2020 with Team Bloomberg (Location not guaranteed) |

| EVALUATION QUESTIONS & NOTES | |
|---|---|
| **First, tell me about yourself:** Discuss any previous experience on campaigns and / or applicable work (professional) experience. | |
| **Personal Story:** Tell me more about why you want to do this work. | |
| **Job Preparedness:** This is a demanding job. Are you ready to knock on 80 doors a day? Are you ready to call strangers for 4 hours? Are you ready to work 12 hours a day 7 days a week? | |
| **Scenario:** You are talking to a voter who says they like Mike but they feel like he is not electable. What would you say to this voter? | |
| **Staying Motivated:** Organizing is all about pushing yourself beyond what you thought was possible. How do you stay motivated? Tell me about a time you wanted to quit but didn't. | |
| **Special Skills:** Do you speak any other languages? Have you done any special work with communities or progressive groups? Is there anything else you feel we should know about you? | |



Exhibit 3

CONFIDENTIAL

App. 1

# BLOOMBERG 2020

**LOGISTICS QUESTIONS**

| | YES | NO |
|---|---|---|
| Do you have access to a vehicle or reliable personal transportation? | | |
| Should you be offered a position, what would be your earliest state date? | | |
| Which states do you have a natural affiliation with? Are you willing to work anywhere? | | |

**INTERNAL EVALUATION:** Make your final evaluation notes in the box below.  Does the candidate display the organizer qualities we look for in applicants?

| |
|---|
| |

**INTERVIEWER EVALUATION:** Highlight your final evaluation in the boxes below.

| | | |
|---|---|---|
| Interviewer recommends candidate for another region/department? | YES | NO |
| Interviewer recommends to move candidate forward? | YES | NO |

**ORGANIZER QUALITIES:** These are some of the qualities we're looking for in potential organizing staff:

| Congenial Disposition | Flexible | Understands Our Job |
|---|---|---|
| Grit | Goal Oriented | Passionate |
| Team Player | Prioritizes Tasks Well | Represents Our Values |

CONFIDENTIAL

Mike Bloomberg 2020 is building a team of talented, hardworking colleagues to share Mike's vision for America with voters around the country. Our approach is rooted in Mike's unique experience and success across the fields of government, business, and philanthropy. We are searching for people who share Mike's values of honesty, integrity, and inclusion to join us.

## How can you help Mike?

As a Field Organizer you'll execute the overall field strategy in each state and maximize the campaign's outreach to key constituency groups. A field organizer is the eyes and ears of the campaign and will be responsible for daily and weekly goals, all of which will be reported and tracked. This position will report to the Regional Organizing Director.

## Your responsibilities will include:

- Being accountable for reaching individual goals and metrics outlined in the field plan by Regional Organizing Directors.
- Identifying and tracking field staff progress to daily and weekly goals.
- Serving as a campaign representative within the state with community members, voters and volunteers.

## You'll need to have:

- One cycle of political field or comparable political experience or issue related campaign/organizational management is preferred.
- A flexible, adaptive and composed attitude.
- An innate ability to execute under pressure and stay on task
- Experience with CRM and tracking reporting process.
- Phenomenal work ethic; with long hours and weekends needed
- Full clean driving license preferred

**Salary: $6000 per month**

**We're proud to provide all Mike Bloomberg 2020 full-time employees with a competitive salary and comprehensive benefits coverage including health care, vision, and dental insurance.**

*Mike Bloomberg 2020 is an equal opportunities employer, and we value diversity at our organization. We do not discriminate on the basis of race, religion, color, national origin, sex, gender identity and expression, ethnicity, sexual orientation, age, marital status, veteran status, or disability status.*

Jefferson
Exhibit
**PM 4**
3rd February 2021

Bloomberg_Snow_000001

# Offer Terms for Argunda Jefferson

**Offer Details**

| Offer Created | Offer Sent | Offer Accepted |
|---|---|---|
| Feb 6, 2020 | Feb 6, 2020 | Feb 6, 2020 |

Start Date
Feb 10, 2020

Offer Status
Hired

New Hire Work Location by State
Texas

New Hire Physical Work Location by City and State
--

Work Location City and State Entry ONLY IF City and State are NOT listed in the dropdown list above
--

Employment Type
Full-time

If this employee is a vendor, will they need a service agreement?
--

Band
States

Candidate Comp Expectations (semi-monthly)
--

Salary (semi-monthly)
$3,000.00

Hiring Manager
--

Relocation Needed
No

Relocation
--

Temporary Housing
No

Jefferson
Exhibit
**23**
3rd February 2021

Bloomberg_Jefferson_000017

Is Vetting Required?
No

If Vetting is required, has it been completed?
--

Notes
--

Powered by Greenhouse

# Scorecards for Argunda Jefferson

No scorecards have been submitted

Bloomberg_Jefferson_000019

App. 7

# Welcome to Team DFW!    Inbox ×



**Kerry Billings** <kbillings@mikebloomberg.com>                                                                    Sun, Feb 2, 10:59 PM    ☆    ↩    ⋮

to srischer, cameron mccrary98, vpalcooper, david.scheffer, gueye2059, marzovia, me, hamilton.dist5, jtmd56, Sheldon, leirneyjohnson, Rickey, Tracy, Carla, Alexandria, ▾

Hello All,

If you are receiving this email, you have been offered a position with the Mike Bloomberg Presidential Campaign as a Field Organizer in the Dallas/ Fort Worth Area. Congratulations!

My name is Kerry Billings and I am a Regional Organizing Director for Central Dallas on the Bloomberg Campaign. I might have interviewed you, but regardless I and the rest of the team look forward to working with you over the next year.

You might not have officially received your offer letter yet but our hiring tracker has indicated that you have been hired by the Statewide Organizing Director. Your hiring letter should be coming in the next 48 hours. Our Dallas Campaign HQ is at 4527 Travis Street Dallas, Texas 75205.

With the Texas primary rapidly approaching, we would love for you to get started as quickly as possible so we can get started with the onboarding process, training and receiving your technology. We will be in the office all day tomorrow, as well as the week from 9am-9pm so please stop by and introduce yourself so we can hit the ground running.

CC'd on this email is the fellow Regional Organizing Director in the DFW area. Tracy Scott is in Fort Worth, Rickey Broadway in Collin County, Brandon McGee in Denton County, Carla Collier is in north and east Dallas and Alex Strawn will be in Arlington and helping Ms. Scott with Tarrant County. We are all currently working in the Travis Street office as our offices continue to open up.

Feel free to reach out to me at my email Kbillings@mikebloomberg.com, or my cell phone number at 512-348-3134 if you have any questions or concerns.

Congratulations and Team DFW looks forward to working with you!

Sincerely,
Kerry

| | |
|---|---|
| **From:** | Dan Kanninen <dkanninen@mikebloomberg.com> |
| **Sent:** | Monday, March 09, 2020 07:54 PM |
| **To:** | Brynne Craig <bcraig@mikebloomberg.com>, Howard Wolfson <hwolfson@mikebloomberg.com>, Kevin Sheekey <kevin@sheekey.com>, Kim Molstre <kmolstre@mikebloomberg.com>, Maia Johnson <mjohnson@mikebloomberg.com>, Mitch Stewart <mstewart@mikebloomberg.com>, Patti Harris <pattiharris@mikebloomberg.com> |
| **Subject:** | Fwd: Keeping A Promise |
| **Attachments:** | image.png |

Hi all:

I know there is work being done to get Mike to a good place on our commitment to organizers— including discussions tomorrow.

But I am sharing this because I think the PR and brand hit will be quite bad if we can't — very soon— give more assurance to the organizers than we've been able to give to this point.

I am getting dozens of theses messages already and my deputies have been getting phone banked by organizing staff. Tweets are just starting up. Our answers are thin. Politico story that says we reneged on our commitment that just came out will just accelerate.

Biggest flag from me is that if this narrative sets, it's a terrible juxtaposition to the massive FEC report due out next week.

As you all know I'm here to be constructive and find solutions— and regardless I'll be here to manage our way through. But I wouldn't be doing my job without making clear I see a growing and real risk to Mike's reputation.

To me the answer to to make clear that all organizing staff — while being asked to apply for IE positions as a management tool to ensure quality placement— will be slotted into a position of some sort (location not guaranteed) through November, as the campaign and candidate repeatedly promised.

That doesn't mean we can't also use the re-application to thin the herd substantially.

But absent saying that and delivering, the exposure is going to grow.

dk


---------- Forwarded message ---------
From: **Miles Ceplecha** <mceplecha@mikebloomberg.com>
Date: Mon, Mar 9, 2020 at 7:33 PM
Subject: Keeping A Promise
To: <dkanninen@mikebloomberg.com>


Hello,
I am writing to voice the let down that I and many others are feeling right now. I understand that it might be hard to sympathize with people you've never met, in a different state, but my understanding is that we are all

Confidential

Bloomberg_Hamilton_001566



a team, and we need to hold each other and our leadership accountable. A promise is a promise, and as you know, field organizers were promised to have a job in some form until November. To me, this sudden reversal is a direct reflection on everyone involved in the decision, but one that can still be righted.
Thank you,

--

**Miles Ceplecha**
Field Organizer
(612) 431-5990



--

Dan Kanninen
Mike 2020 States Director
Sent from my mobile perhaps with haste

Confidential

**From:**     Daniel Ensign <densign@mikebloomberg.com>
**Sent:**      Tuesday, March 10, 2020 10:38 AM
**To:**         Galia Slayen <gslayen@mikebloomberg.com>
**Cc:**         Miryam Lipper <mlipper@mikebloomberg.com>, Megan Simpson
<msimpson@mikebloomberg.com>, Rachel Nagler <rnagler@mikebloomberg.com>, Erika
Gudmundson <egudmundson@mikebloomberg.com>, Gwen Rocco
<grocco@mikebloomberg.com>, Ella Wodin <ewodin@mikebloomberg.com>, Chris Curry
<ccurry@mikebloomberg.com>, Dan Kanninen <dkanninen@mikebloomberg.com>, Molly
Corbett <mcorbett@mikebloomberg.com>
**Subject:**   Re: Tracking down a recruiting document used in states

They are getting pulled right now, should have shortly.

On Tue, Mar 10, 2020 at 10:37 AM Galia Slayen <gslayen@mikebloomberg.com> wrote:
Do we have images of those ads?

On Mon, Mar 9, 2020 at 4:46 PM Miryam Lipper <mlipper@mikebloomberg.com> wrote:
++

On Mon, Mar 9, 2020 at 4:39 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:

Organizer Interview Template

States - Organizing Hiring Guidelines

There were also Recruiting ads that we're run saying around the same thing on LinkedIn and
Facebook.

On Mon, Mar 9, 2020 at 4:30 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:
Digging...we had an interview template that was available in a google drive that OD's share
on. I can see if it had it on there. We also have the guidance we sent to states around hiring.

We were told early on that we could verbally tell folks that they would have a job through November
to defeat Trump but not guaranteed it would be the same job or in the same state.

I believe the recruiting firm also used this language....

On Mon, Mar 9, 2020 at 4:24 PM Daniel Ensign <densign@mikebloomberg.com> wrote:
Adding in Chris from my team who can find this.

On Mon, Mar 9, 2020 at 4:13 PM Galia Slayen <gslayen@mikebloomberg.com> wrote:
Megan/Daniel -- Ellie suggested getting in touch with you to see if there was a recruitment
talking points document used in the states that had the following language. This would not be a
public document, but something internal that was used by senior/recruiting staff. Anyway to see
if this is in any documents? Thanks!

Employment through November 2020 with Team Bloomberg, location not guaranteed.

Confidential                                                              Bloomberg_Hamilton_001589

**EXHIBIT**

**15**

--
**Galia Slayen**
gslayen@mikebloomberg.com

--
Daniel Ensign
C: 502-457-7011

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--
**Miryam Lipper**
330-730-2166 or 347-387-5923
Mlipper@mikebloomberg.com

image.png



--
**Galia Slayen**
gslayen@mikebloomberg.com

--

Bloomberg_Hamilton_001590

Daniel Ensign
c: 502-457-7011

Confidential

| | |
|---|---|
| **From:** | Galia Slayen <gslayen@mikebloomberg.com> |
| **Sent:** | Tuesday, March 10, 2020 10:37 AM |
| **To:** | Miryam Lipper <mlipper@mikebloomberg.com> |
| **Cc:** | Megan Simpson <msimpson@mikebloomberg.com>, Rachel Nagler <rnagler@mikebloomberg.com>, Erika Gudmundson <egudmundson@mikebloomberg.com>, Gwen Rocco <grocco@mikebloomberg.com>, Daniel Ensign <densign@mikebloomberg.com>, Ella Wodin <ewodin@mikebloomberg.com>, Chris Curry <ccurry@mikebloomberg.com>, Dan Kanninen <dkanninen@mikebloomberg.com>, Molly Corbett <mcorbett@mikebloomberg.com> |
| **Subject:** | Re: Tracking down a recruiting document used in states |

Do we have images of those ads?

On Mon, Mar 9, 2020 at 4:46 PM Miryam Lipper <mlipper@mikebloomberg.com> wrote:
++

On Mon, Mar 9, 2020 at 4:39 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:

☐ Organizer Interview Template

☐ States - Organizing Hiring Guidelines

There were also Recruiting ads that we're run saying around the same thing on LinkedIn and Facebook.

On Mon, Mar 9, 2020 at 4:30 PM Megan Simpson <msimpson@mikebloomberg.com> wrote:
Digging...we had an interview template that was available in a google drive that OD's were shared on. I can see if it had it on there. We also have the guidance we sent to states around hiring.

We were told early on that we could verbally tell folks that they would have a job through November to defeat Trump but not guaranteed it would be the same job or in the same state.

I believe the recruiting firm also used this language....

On Mon, Mar 9, 2020 at 4:24 PM Daniel Ensign <densign@mikebloomberg.com> wrote:
Adding in Chris from my team who can find this.

On Mon, Mar 9, 2020 at 4:13 PM Galia Slayen <gslayen@mikebloomberg.com> wrote:
Megan/Daniel -- Ellie suggested getting in touch with you to see if there was a recruitment talking points document used in the states that had the following language. This would not be a public document, but something internal that was used by senior/recruiting staff. Anyway to see if this is in any documents? Thanks!

Employment through November 2020 with Team Bloomberg, location not guaranteed.

Bloomberg_Hamilton_001592

**Galia Slayen**
gslayen@mikebloomberg.com

--
Daniel Ensign
C: 502-457-7011

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--
**Megan Simpson**
*National Organizing Director*
*She/Her/Hers*
*(929)801-0383*
msimpson@mikebloomberg.com

--
**Miryam Lipper**
330-730-2166 or 347-387-5923
Mlipper@mikebloomberg.com

image.png



--
**Galia Slayen**
gslayen@mikebloomberg.com

Case 4:20-cv-00488-BP   Document 93-1   Filed 04/16/21   Page 15 of 46   PageID 1524


An official website of the United States government
Here's how you know ∨

This site is in beta, visit FEC.gov

An official website of the United States Government

## Federal Election Commission
UNITED STATES —of— AMERICA

Home › Campaign finance data › Candidate profiles › BLOOMBERG, MICHAEL R.

# BLOOMBERG, MICHAEL R.

**CANDIDATE FOR PRESIDENT**

**ID: P00014530**

**DEMOCRATIC PARTY**

## Financial summary

**ELECTION**

| 2020 | ▼ |
| --- | --- |

**TIME PERIOD**

| All years: 2017–2020 |
| --- |
| 2017–2018 |
| 2019–2020 |

**Data is included from these committees:**

- MIKE BLOOMBERG 2020, INC. (C00728154)

## Total raised

| 📋 Browse receipts |
| --- |

| Coverage dates: 10/01/2019 to 12/31/2020 |
| --- |

| TOTAL RECEIPTS | $1,124,592,944.73 |
|---|---|
| **TOTAL CONTRIBUTIONS** | **$1,090,140,019.17** |
| Total individual contributions | $914,487.06 |
| *Itemized individual contributions* | $65,062.00 |
| *Unitemized individual contributions* | $849,426.00 |
| Party committee contributions | $0.00 |
| Other committee contributions | $0.00 |
| Presidential public funds | $0.00 |
| Candidate contributions | $1,089,225,532.11 |
| **TRANSFERS FROM OTHER AUTHORIZED COMMITTEES** | **$0.00** |
| **TOTAL LOANS RECEIVED** | **$0.00** |
| Loans made by candidate | $0.00 |
| Other loans | $0.00 |
| **TOTAL OFFSETS TO EXPENDITURES** | **$28,268,533.96** |
| Offsets to operating expenditures | $28,268,533.96 |
| Fundraising offsets | $0.00 |
| Legal and accounting offsets | $0.00 |
| **OTHER RECEIPTS** | **$6,184,391.60** |

*Newly filed summary data may not appear for up to 48 hours.*

## Total spent

📋  Browse disbursements

Coverage dates: 10/01/2019 to 12/31/2020

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$1,121,170,037.27** |
| OPERATING EXPENDITURES | $1,102,765,253.53 |
| TRANSFERS TO OTHER AUTHORIZED COMMITTEES | $0.00 |
| FUNDRAISING | $0.00 |
| EXEMPT LEGAL AND ACCOUNTING | $0.00 |
| TOTAL LOAN REPAYMENTS MADE | $0.00 |
| Candidate loan repayments | $0.00 |
| Other loan repayments | $0.00 |
| TOTAL CONTRIBUTION REFUNDS | $0.00 |
| Individual refunds | $0.00 |
| Political party refunds | $0.00 |
| Other committee refunds | $0.00 |
| OTHER DISBURSEMENTS | $18,404,783.74 |

*Newly filed summary data may not appear for up to 48 hours.*

## Cash summary

Coverage dates: 10/01/2019 to 12/31/2020

| | |
|---|---|
| ENDING CASH ON HAND | $3,422,907.46 |
| DEBTS/LOANS OWED TO COMMITTEE | $0.00 |
| DEBTS/LOANS OWED BY COMMITTEE | $82,387.36 |

*Newly filed summary data may not appear for up to 48 hours.*

HIVE

# "BLOOMBERG IS PAYING ORGANIZERS $70 OR $80K": BLOOMBERG SPENDS HUGE ON GROUND GAME—THROUGH NOVEMBER, EVEN IF HE'S OUT

The former mayor—who vetoed a living wage bill—is investing in a massive ground game—one that will stay in place even if he loses.

BY CHRIS SMITH
DECEMBER 16, 2019



¶-000314

EXHIBIT

1

T he operative for a former Democratic presidential candidate was heading into media hibernation. She would not be jumping on board with one of the remaining contenders. But she laughed bitterly remembering how hard her ex-boss had worked to scrape together campaign money, and at what is being now offered to her unemployed colleagues. "Bloomberg is paying organizers $70 or $80K," she said. "Obviously he has more money than God. But that's unbelievable."

It is both unbelievable, compared to the salaries traditionally paid to campaign workers, and totally true. **Mike Bloomberg**'s gusher of spending on TV and digital ads—he blew past $100 million roughly three weeks after announcing he was running—has, deservedly, gotten tremendous attention. At the same time, though, Bloomberg is pouring many more millions into frantically assembling a field operation. The deal promises organizers $6,000 a month, roughly double the going rate that other Democratic candidates are paying.

The head of Bloomberg's state campaign operation claims the big money is not just about attracting talent to a late-starting, long shot bid. It's about fairness. "Most campaigns end up paying their folks an effective rate of $9, $10, $11, $12 an hour," says **Dan Kanninen**, a veteran of **Barack Obama**'s two presidential runs and **Hillary Clinton**'s 2016 effort. "But companies generally pay interns $15 an hour. We're asking employees to take on far more responsibility and certainly more hours and pressure than a typical internship, so an annualized rate of $72,000, which works out to $6,000 a month, was really very appropriate, not extravagant." The salaries are also a political statement: Other Bloomberg aides suggest that their Democratic rivals are hypocrites for advocating a living wage while paying campaign employees less—which is pretty ironic: In 2012, as mayor of New York City, Bloomberg vetoed a living wage bill that would have raised pay for some jobs to $11.50 an hour.

Bloomberg is skipping the four early voting states to push all his chips onto the 15

¶-000315

states that vote on March 3, Super Tuesday, and that determine 34% of the delegates. Bloomberg traveled to one of those states on Sunday, for the official opening of his North Carolina campaign headquarters. With 24 staffers, North Carolina is the largest Bloomberg operation so far, but he's hired reps in 21 other states as well. Kanninen says the goal is "hundreds" of paid staffers knocking on doors and staging community events, which could give the campaign at least the veneer of a grassroots presence. Bloomberg is already at 5% in national polls, ahead of candidates who have been campaigning all year. "What I've heard is that they're not necessarily running with a plan to win the nomination," one national Democratic strategist says, "but with a plan to get delegates and to make sure this thing doesn't go to a crazy place in convention city."

The money is certainly a nice lure, but the more intriguing part of the Bloomberg campaign's employment pitch is that the field-organizing jobs will go through November, even if he loses this spring. Bloomberg is pledging to deploy a field operation on behalf of whoever becomes the Democratic nominee. Just what that apparatus would look like is still to be determined. It's hard to believe Bloomberg would spend as much backing someone else as he would on himself at the top of the ticket. Yet coupled with the $10 million Bloomberg has pledged to back vulnerable House Democrats running for reelection, and the up to $20 million he says he'll spend on a voter-registration drive targeting five battleground states, the Bloomberg field operation now being cobbled together could prove a potent weapon in a tight general election race.

¶-000316

## MOST POPULAR



J.K. Rowling Proves Her
Commitment to
Transphobia in Her New...

BY EMILY KIRKPATRICK



Alexander Vindman
Confirms Trump Is 100% a
Putin Puppet

BY ERIC LUTZ



Trump Rally Gets Crowd
Moving With "Macho Man"
Despite Requests To Stop

BY JORDAN HOFFMAN

And if the Democratic nominee turns out to be **Bernie Sanders,** would
Bloomberg put tens of millions of dollars behind a sophisticated operation to get
the socialist Vermont senator elected to the White House? "I think our
organization will almost certainly be working for Mike as the nominee," Kanninen
says. "But you saw that Mike put $100 million into digital ads taking on **Donald
Trump** that didn't really mention Mike's candidacy. This commitment to
employing organizers through November is an extension of that. It's another way
for us, in everything we do, to ensure that it's in service of not just making Mike the
nominee but beating Donald Trump and helping Democrats." It is unclear whether
the field-organizing network will be supplied with the prodigious snacks that
Bloomberg provides at his corporate headquarters.

¶-000317

# The Washington Post

Democracy Dies in Darkness

# Mike Bloomberg wants to be president, but he also has a fallback plan: Defeat Trump and remake the Democratic Party

By **Michael Scherer**

Jan. 13, 2020 at 12:00 p.m. CST

AKRON, Ohio — By the time Mike Bloomberg sniffed the hydroponic basil growing in an old tire factory here, he had already traveled 1,700 miles in three hops on his chartered plane, met with the mayor of Chicago and climbed into a soybean tractor on the frozen plains of southern Minnesota.

It was a show of force — four states in less than 17 hours on Wednesday, each event meticulously produced for local press, with separate rented motorcades and a button-down advance staff that choreographed his movements like a ballet. No other presidential candidate in the Democratic field would have tried to pull this off in January.

As the cameras shuttered before the purple grow lights of an urban farm, he asked whether anyone knew the difference between a good salesman and a great one. The good salesman, he explained, can face rejection at one door and move on to the next just as convinced he will make the sale.

"The great salesman knocks on the same door," he said with a sly smile.

The thing that makes Bloomberg different is that he can knock on all doors at once. Bloomberg is running aggressively to win the Democratic nomination, but he is simultaneously building out a general election machine to defeat President Trump, with a new structure — data, field organizing, advertising and policy — that aims to elect Democrats up and down the ballot even if the party's voters reject the former New York mayor this spring.

EXHIBIT

21

The party he is moving to transform, which he only rejoined in October, has become little more than a bystander to his ambition. With more than 800 employees, $200 million in ad spending so far and a fully catered Times Square office that houses hundreds of employees, "Mike Bloomberg 2020, Inc." does not resemble a primary campaign in any traditional sense. It is an experiment in what happens to democracy when a single faction operates without economic constraints.

While most presidential efforts start early and poor, the Bloomberg project exists in an inverted dimension, a fact that has caught the attention of Trump, who spent years closely tracking Bloomberg's political career in New York. The president has been monitoring Bloomberg's campaign, impressed by his extraordinary spending and fearful of his potential rise, according to Trump confidants with whom the president has discussed Bloomberg. They spoke on the condition of anonymity to discuss strategy.

Bloomberg's aides, in turn, have delighted in trying to find ways to get Trump's attention and increase his anxiety, such as the recent purchase of an $11 million Super Bowl ad that will run against a similar spot purchased by Trump's campaign. When Trump tweeted an attack on Bloomberg on Monday, the former mayor's team was delighted.

"Glad to see you're watching our ads," Bloomberg tweeted in response.

The extravagance is part of the message, an attempt to demonstrate his competence and show that he can manage something big with good intentions.

"We also want people to know that we are building a juggernaut pointed at Donald Trump and the Republican Party," said Tim O'Brien, a senior adviser to the campaign who has been taking the message to state parties around the country. "One of Mike's goals is to make a machine that lasts. This idea that he wants to do a vanity run or is just buying exposure is belied by that."

To begin with, that means building a fully staffed general election campaign in January to win primary contests in March, with a suite of high-profile recruits on the payroll, including former top executives for Facebook, Foursquare and GroupM, the world's largest advertising media company by billings. No one at headquarters knows what he will ultimately choose to spend, but they operate for the moment without budgets, putting the 12th-richest person on the planet on a path to spend $1 billion or more.

He wants Democrats to know he is happy to spread the money around. During a swing through Texas on Saturday, when his campaign staged more than 150 events in 27 states in a show of organizing prowess, he cast himself as a potential benefactor and mentor for all state and local party organizations.

"I think you look at each," Bloomberg said, when asked whether he would boost them. "You look to see how well they're run, and if you tried to help, that you'd be able to help. That's number one. And number two would be that your money would be used efficiently. And it's not just money. We can bring some advice."

Whether he wins or loses the nomination, the ubiquitous television and digital ads he is running have been crafted as the opening exchange in a conversation about Trump's failures that will continue through November.

"I am looking forward to making a multi-month-long case to voters that will end on Election Day with his defeat," says Howard Wolfson, a top adviser overseeing the paid media efforts.

New health-care spots that began airing Monday focus nearly as much on attacking Trump as introducing Bloomberg. "America is sick of Donald Trump, and America is getting sicker," begins one ad voice-over, as the screen shows unflattering photos of the president. "There are 1 million more uninsured Americans every year under Trump."

In a sign of how closely Trump is monitoring Bloomberg's spots, the president responded Monday to a new ad that denounced Trump for supporting a Justice Department lawsuit to overturn protections for people with preexisting conditions.

Mini Mike Bloomberg is spending a lot of money on False Advertising," Trump wrote, in a tweet that was itself misleading. "I was the person who saved Pre-Existing Conditions in your Healthcare."

(Trump argues that he will urge Congress to reinstate the protections if he succeeds in court at removing them.)

Bloomberg's data operation, cryptically called Hawkfish, aims to incorporate expensive demographic and targeting data, parts of which can later be fed back into the party's databases or repurposed for the broader fight against Trump and Republicans. The fact that he is a candidate gives him greater access to party data than he would otherwise have, and as a candidate, he also benefits from lower television ad rates in swing states before their primary contests than he would if he simply advertised against Trump as a regular citizen.

The massive campaign staffs he has been bringing on in swing states — 60 in Arizona and more than 80 in North Carolina, for example, at a time when most candidates are focused in Iowa — have been promised jobs through the July convention or November election, long after his primary campaign closes up shop.

On the walls of the campaign headquarters in Manhattan, on a floor previously occupied by the New York Times, two digital countdown clocks hang in pairs. One ticks to Super Tuesday, March 3, when Bloomberg hopes to pick up delegates in 14 states after declining to campaign in the first four contests. The other aims at the general election in November.

"Either it is going to be the best primary campaign in American history, or the greatest IE that has ever been created," said campaign manager Kevin Sheekey, using the political lingo for an independent expenditure campaign, the super PAC-type efforts that wealthy interests use to influence elections.

All parts of any campaign that have been run before — an aggressive constituency operation, a surrogate team, a Spanish-language effort, local media teams in dozens of states so far — have been built out. Top aides have been telling Bloomberg to give his cellphone number to superdelegates whose support could play a decisive role in a contested convention.

His campaign is turning out a steady stream of campaign swag — sold at cost, not to raise money — in the hopes of a coming demand for "I LIKE MIKE" and "Democracy is not a witch hunt" T-shirts.

His own social set has been taken care of, as well. Even though Bloomberg will not accept campaign contributions, part of his political operation, called Committee for Mike, is courting Wall Street executives, New York philanthropists and other local leaders with special events and weekly invite-only conference calls. The request is influence.

App.   26

"Amplify our message by acting as validators in the media, within your professional network, and other spheres," the campaign wrote in a recent email to the group, after Bloomberg invited dozens to a campaign breakfast briefing at one of his Upper East Side buildings.

Despite all the spending, his primary hopes depend largely on factors well beyond his control. If former vice president Joe Biden performs well in the early states, Bloomberg's moderate appeal will likely be overshadowed. But in the case of a stumble, or a divided field, Bloomberg could position himself as a party broker with a minority of delegates, or as a moderate unity candidate, aiming to bring together the party.

On the campaign trail, much of what he is doing in the meantime is defiant in its vague appeal. An engineer by nature who likes to talk about delegating authority, he is focused on process and efficient message delivery. Despite 12 years as mayor, he is still learning to emote and talk with his hands. His campaign signs have the same blue-on-blue design used by the 2012 Obama campaign, and his entrance song at events, lifted from John F. Kerry's acceptance speech at the 2004 convention, is U2's "Beautiful Day."

His policy, though sometimes nuanced on paper, is uncomplicated in presentation, leaning heavily on phrases known to move focus groups.

"My pitch, I guess," he told more than 500 potential supporters in Ohio on Wednesday, reading from notes, "is if you want health insurance for everyone, if you want to combat inequality with fairer taxes and better jobs, if you want to share my belief in opportunity for all, if you support a commitment to quality education in this country for everybody, if you want to clean out the White House, clean out the Oval Office, if you want to get things done, join Team Bloomberg."

At an earlier event in Chicago, only a couple hundred showed up, and some of them seemed less than convinced. One group of a half-dozen younger attendees in the audience said they found out about the event through their employer, which one young woman said she was "scared" to identify.

But a few feet away, fear of a different sort had produced real support. "We are really scared," said Brenda Gordon, a teacher of dentistry from Chicago, speaking of Trump. She said she came to the event after signing up for the email list for a man she believed could win, whom she called "my exception to the old white man rule."

"He is everything Trump wishes he was," she said. "He is a real billionaire."

As Bloomberg finished his remarks in Akron, and prepared to travel back to Queens, where his day had begun, he admitted that he was not looking forward to the fourth flight.

But he also wanted the crowd to know that he is just getting started.

"Tomorrow, it starts again," he said. "I'm the luckiest guy in the world."

*David Weigel, Philip Rucker and Josh Dawsey contributed to this report.*

Updated January 7, 2021

# Election 2020: Biden defeats Trump

**The latest:** Congress affirms Biden's presidential win following riot at U.S. Capitol

**Graphic:** How members of Congress voted on counting the electoral college vote

**Live updates:** Trump pledges 'orderly transition' after Biden is declared winner at the end of a violent day

**25th Amendment:** Senior officials have discussed removing Trump. Here's how that could work.

| | |
|---|---|
| **From:** | Bloomberg Monitoring <monitoring@mikebloomberg.com> |
| **Sent:** | Wednesday, February 12, 2020 04:59 PM |
| **To:** | Comms <comms@mikebloomberg.com> |
| **Subject:** | Re: CLIP i POTUS (Sirius XM) - Let's Get After It with Chris Cuomo: Interview with Tim O'Brien (Monday 2/10) |

**Full Transcript:**

Chris:

Things that you care about. Either way, you wind up being caught in a confusion of focus. What is it that we need? Now, counterpoint, "Oh, so early in the process." It's never early anymore. All we do is talk about these fricking races. We talk about them months and months in events. The state of play on the democratic side, it's been going for five, six months. It'd been going so long that Michael Bloomberg had time to assess it twice before we even had the first primary. He had a whole team going out and doing all this statistical analysis.

Chris:

For those of you who don't know Bloomberg, let me tell you, let me just give you a little bit of insight into this guy. He is not successful by accident. He was given nothing. He found ways to push out competition in his space by being more innovative, by having better relationships and he is known, not notorious because that has a negative connotation. He is known for having better minds around him, study the heck out of whatever it is that he's talking about.

Chris:

He is the opposite of our president. He has the insecurity of most genius, of most successful people, "They got to be people who know better bring them around me. I got to hear it. I got to hear it. Let's think about it. Let's do it." That's why he decided not to run, crunched the numbers, saw the field, saw the possibilities, figured out the permutations of what's going on with politics. Not that it's some kind of science, but you get a feel for it and he's like, I don't see the lane. I don't see that it's worth that. I don't think it's going to happen. Now what? Well, what changed? Look at the field. It's all over the place. We're talking about Bernie and Buttigieg now. Bernie and Buttigieg? Is that who the Democrats want to be at the top of the ticket? Are one of those two men your best shot at beating this president?

Chris:

Now, one step qualifying for our next guest. I know Tim O'Brien. He is a friend of mine. He is a mentor of mine in journalism. He helped me understand how to do the investigation of finances and net worth when it came to Donald Trump. Okay. We've been on TV together a lot. He signed with MSNBC and he was there. He writes at Bloomberg, I read his pieces, I use his pieces, I speak to him on and off, not as much now because he is with the Bloomberg campaign.

Chris:

First of all, he is not on the Bloomberg campaign because he worked for Bloomberg, this obnoxious notion going around that his whole campaign, or people that he just moved from the company is not true. Okay. Tim can say for himself, but I don't want to waste time with bullshit arguments. He is doing this as a matter of conscience. It is no different than everything he's talked to me about apolitically since I've met him. So now he's with Bloomberg and now he is with us. Tim, how you doing brother?

Tim:

Hi Chris. Thanks for having me on. That was very flattering, but you should also punch me around like you do with any guests.

Chris:

Bloomberg_Hamilton_001195

**EXHIBIT**
**2**

he doesn't stand up to the hype.

Tim:

Yeah. Mike has been in 24 States. He's been in over 30 cities. He's on the ground. He's done tons and tons of interviews. This is not just an ad-driven campaign. And I think to a certain extent you're recognizing that in what you just said, it's demeaning the voters to say, "Okay, well they... " Then when they Google him and they see how substantial that he is, they like him and that's what differentiates him from Tom Steyer. And I would say of course it does. And it also differentiates him from every other person on the Democratic side who's campaigning. And I think voters are understanding that. I think also voters want somebody who can unify the party, I think Mike can unify more of this party than any other candidate. If he was just the stop-and-frisk rich guy, we wouldn't have a legion of current and former mayors of color campaigning with us every day. I'm in state with some of these folks.

Chris:

Well, a big part of that, Tim, is the fact that why you exist in the first place. Mike had made an assessment that this didn't work for him. He then made a reassessment, which you and I talked about, which I guess he saw something in softness of Biden that right now is paying off. Although look, as everybody knows, you don't notice-

Tim:

I think there were three pieces of that. Do you want to talk about that or do something else? We can talk about that.

Chris:

Yeah. No, no. Go ahead. Tell me why did he get back in? [crosstalk 00:02:39]

Tim:

And I only found this out retroactively after I joined the campaign, but he looked at it in early 2019, liked the field, I think almost everyone in it he was very comfortable with, so he decided to finance a voter identification, an influencing tool that he was going to put at the feet of whoever the Democratic nominee was. And then the first debate happened. I think the first debate shook him. I think it shook him about the acuity of some of the candidates. Then I think when Elizabeth Warren came out with Medicare for All, that shook him. And I think in Mike's heart of hearts, he thinks we do have to move towards a single-payer system someday, but he thinks you have to walk voters towards a radical change like that and that people who have private insurance and want to keep it should be allowed to.

Tim:

And I don't think it was a policy issue as much in that case as it was a political acumen, where she's paying attention to the lay of the land and being able to think about policies in a political way that would allow the party to beat Trump. I think that was the second shoe to drop.

Tim:

And then he began doing his own polling, late summer, early fall, and he looked in several swing states that I've been in recently that we're prioritizing, Michigan, Pennsylvania, Wisconsin, Arizona, North Carolina, Texas and Florida. And the polling he got showed every Democrat competing getting thumped by Trump. And that freaked him out. And that's when he got in. And that was the incenting force in it. We've said everything that we're building is going to be in the service of the party or whoever the nominee is, even if it's not Mike.

Chris:

What does that mean by the way? Wait, what does that mean?

Bloomberg_Hamilton_001200

POLITICS

# Mike Bloomber Pitch to Turn Texas Blue in November Sounds Too Good to Be True— and It Might Be

MENU



**Mike Bloomberg at the Harris County Democratic Party's JRR Dinner in Houston on February 13, 2020.**
*Photograph by Jeff Solomon*

The most important thing to know about Mike Bloomberg is that he's rich. Very, very rich. Richer than you or me or Donald Trump or H. Ross Perot Sr., or anyone else who's ever run for president of the United States. With a net worth of more than $65 billion, he's richer than Michael Dell, Jerry Jones, Tilman Fertitta, Tito Beveridge, Drayton McLane, and Red McCombs combined. If Mike Bloomberg woke up tomorrow with a bank account showing that he had the same amount of money as Mark Cuban ($4.1 billion), it would mean that Bloomberg had somehow lost about as much money as any single human being in the history of the world overnight.

You need to know how rich Mike

EXHIBIT

17

App.  31

Idealistic young people in the Bloomberg campaign believe they'll stay in Texas through November. But that's not what top staff are promising.

BY        DAN SOLOMON

DATE      FEB 25, 2020

SHARE

NOTES     2 COMMENTS

Bloomberg is, because his entire campaign—and especially what he's building in Texas, where he's created a juggernaut the size of which no presidential campaign has ever even dreamed of putting together in the state—is underlined by the truly staggering wealth that the ninth richest person in the world possesses. It's central to the pitch that his campaign has made, both to the field organizers it's hired in unprecedented numbers (more than 160 in Texas alone) and to the voters those field organizers are trying to turn out next week on Super Tuesday, which the Bloomberg campaign says it expects to win in Texas. (The Bernie Sanders campaign, which also expects to win Texas, has just five offices in the state.) Bloomberg is rich enough that he doesn't need to manage expectations around a primary in a state where he's never polled better than third place.

He's rich enough that his campaign touts the money he's able to spend self-funding his campaign as one of its key selling points to undecided voters. Bloomberg, his campaign insists, is the only candidate who can beat Donald Trump. Bloomberg staffers and volunteers will tell you that Trump filed for reelection the day he took office, which is true. They'll say that the resources Trump will bring to bear on his campaign are greater than any other

candidate in history, which is also almost certain to be true. They'll point out that Trump had more than $200 million cash on hand in January, roughly six times what Bernie Sanders, the current front-runner, had in the bank at the end of the month. Listening as a campaign volunteer called voters from Bloomberg's South Austin office in early February, I heard the pitch they made to the undecided: "This is going to be the most expensive campaign in history, and only Mike has the resources to compete with Trump." If you're worried that Bloomberg is trying to buy the Democratic nomination, the argument to primary voters whose top priority is defeating Donald Trump (which is most of them) seems to be, *relax—if he can do that, he can probably buy the presidency, too.*

He's also rich enough that he's been able to recruit staff by paying even lower-level field organizers the unheard-of sum of $6,000 a month—more than the median family income in Texas. He's also made the unusual promise that those field organizers will keep their jobs through the election in November, whether or not Bloomberg ends up securing the nomination. In other words, come November, an army of highly skilled, Bloomberg-funded political organizers expect to be on the ground in swing states around the

country, working on behalf of down-ballot candidates for Congress, the Senate, and statehouses across the nation, and maybe even supporting the campaign of current front-runner Bernie Sanders, the democratic socialist who has railed against the "billionaire class" for decades. That's a hell of a deal. Though parts of the Bloomberg machine may have attracted some grifters, the folks I met in Texas are surprisingly idealistic, if not necessarily ideological. Most of them were uncommitted to a candidate (or had their favorite drop out before voting began) and the campaign's pitch to on-the-ground staff—make a good salary and help win Texas for the eventual Democratic nominee—has drawn a lot of young people who care a lot about trying to turn Texas blue.

"Party unity is really big for me," says Cynthia Hinojosa, a field organizer based in the Rio Grande Valley. "All this nonsense of mudslinging does more harm than good. Mike's campaign and messaging is all about unity, not saying bad things about one another. Homing in on that was something that really drew my attention to Mike."

Hinojosa graduated from Texas State in 2017, and was immediately hired by the campaign of Erin Zwiener, a 32-year-old running an uphill 2018 campaign in Hays County for the Texas House. She worked for Zwiener throughout her

upset victory, and then continued on Zwiener's reelection campaign for part of 2019, before moving back to her hometown of Mission. She was excited to return to the Rio Grande Valley and put her campaign skills work at home, rebuilding lists and engaging voters every day. She gets to draw a nice salary while building her résumé and developing an electoral infrastructure that, she hopes, can last for years to come. "What Mike is doing here is a real opportunity for Texas," Hinojosa says.

But it's not at all clear that Bloomberg plans to keep his Texas staff in Texas. When you talk to senior-level campaign staff, things get fuzzy. Ashlea Turner, the campaign's state director, says that no specific post-Super Tuesday plans have been made yet in Texas, either for senior staff or for ground-level field organizers. The campaign announced that it would open nineteen field offices before the primary, with more than one each in Houston, Austin, and Dallas, plus others in spots that have never seen a Democratic presidential office before, like Beaumont, Laredo, and San Marcos. But they can't say for sure which of them will be open through November, and which ones might close up shop shortly after Super Tuesday.

"We haven't got any directives on post-March 3 activity. The only thing we know is that the field team are the only

ones who have positions guaranteed through November, whether Mike Bloomberg is on the ticket or not," Turner says, noting that senior-level positions like her own were accepted without the long-term promise made to field staffers. Does that mean that the long-term job offered to someone like Hinojosa might end up being in Michigan, Wisconsin, or Pennsylvania, instead of turning Texas blue? "We don't know the answer to that," she says.

Owen Townsend is the sort of regional organizing director that any campaign would be lucky to employ. He's friendly and relentlessly upbeat, the kind of person who seems to think *every* Tuesday is a super Tuesday. A Virginia native, he joined Claire McCaskill's Senate campaign in 2018 shortly after graduating from high school, then in March 2019 he landed his dream job working for the presidential campaign of Beto O'Rourke, his political idol. When O'Rourke pulled the plug on his presidential ambitions in November, Townsend was heartbroken, but he bounced back by taking a short-term role with Joe Biden's campaign to work on the Iowa caucus, with plans to leave for greener pastures once that wrapped up in early February. When Bloomberg came calling, it was the perfect opportunity: He could work to beat Trump, try to unify the party, and have a

steady job in a well-funded campaign after bouncing around from campaign to campaign. In early February, he moved to San Marcos to run Bloomberg's field office in Hays County and finally got to try the Whataburger he had heard so much about from Beto.

Townsend describes himself as "very, very left," but Bloomberg's one-percenter status and more moderate politics don't bother him. He's more interested in bringing his experience with rural and suburban voters in the Midwest to Texas. Bloomberg, he thinks, is the Democrat who can collect Texas's 38 electoral votes. "If we're going to win Texas, we have to pick someone who can appeal to both left and right," he says. So he's been reaching out, developing a strategy to connect with people in every part of Hays County—the rural voters in the Hill Country part of the district, the college students who sometimes still mistake the office space he's decorated with "Texas for Mike" signs for a used bookstore, and the suburban voters along I-35 who commute to Austin or San Antonio for work. And if working for the Bloomberg campaign might carry some stigma among local Democrats, well, Townsend feels like the long-term commitment he's counting on from the campaign will help win people over in the end.

"Whenever I go to a local Dems meeting,

I'm like, 'I'm going to be here until November, no matter what.' Feel free to trash Bloomberg all you want, but I'm going to be the guy spending millions of dollars to help out your county party," he says. "It's kind of funny when you see people say, 'Oh, Bloomberg's just coming into town to buy up the place,' and we're knocking on two thousand doors on a weekend. Everything we're doing, we're doing for the betterment of the party, and for Texas. And I think people are starting to see that. It makes it feel much more real that we are here to stay, we are here to help out Texas."

Townsend describes what he was told about Texas when he took the job as "basically like a verbal promise," and doesn't seem worried that the campaign might not keep it. When I asked a Bloomberg campaign spokesperson to confirm that the offices in San Marcos and the rest of the state would stick around for as long as Townsend thinks they will, she was coy. "The official line from the campaign is that field operations that Mike Bloomberg 2020 has put in place will roll into the general election whether he's the nominee or not," she said, before asking to go off the record.

On a normal presidential campaign, none of that would be unusual. Texas might be in play in the general election, but it's not the same sort of high-stakes

swing state that Michigan, Pennsylvania, Wisconsin, Florida, or Arizona—other states where Bloomberg has a Texas-sized field operation—are guaranteed to be. Any campaign, when trying to decide where to focus, would choose to redeploy resources to the frontline battleground states.

But the whole argument for Bloomberg 2020 is that it isn't just any campaign. It's the one run by the self-funding billionaire who has the resources to take on Donald Trump, and whose pitch to voters is that he can fight every battle on every front, all at once. Staffers on the ground have internalized that message. The Bloomberg campaign has recruited an unprecedentedly large army of idealistic young people who want to do long-term good in the communities they're invested in, with the understanding that they've signed on with a campaign that's hired them to spend the next nine months doing just that. Sometime after Super Tuesday, they'll find out if the man they're working for is willing to put his money where his mouth is.

2 COMMENTS

POPULAR

LATEST

POLITICS

# Bloomberg Promised His Texas Staff Jobs Till November Then Fired Them All Anyway



Former Democratic presidential candidate Mike Bloomberg addresses his staff and the media after announcing that he will be ending his campaign.

*Spencer Platt/Getty*

Back in the halcyon days of late January—before the Iowa caucuses melted down, before an ascendant Bernie Sanders was supplanted by a triumphant Joe Biden, back when Pete Buttigieg and Amy Klobuchar were viable candidates in their own right and not small parts of the Biden machine that sought to cruise its way to the convention—Tim O'Brien, senior adviser to Mike Bloomberg's presidential campaign, came to the candidate's South Austin headquarters to talk about the future.

O'Brien, a clear-eyed political thinker who spent most of his career as a journalist, explained to me that he saw

¶-000020

EXHIBIT
16

App. 40

Young people took jobs they thought would help turn Texas blue.

BY **DAN SOLOMON**

DATE   MAR 10, 2020

SHARE

NOTES   21 COMMENTS

Bloomberg's path to the nomination running through Texas, and that its best chances of succeeding would come if you saw the delegates from the first four primary states split among a number of candidates. But he wasn't worried about what it would mean if that didn't happen—he and the campaign, he told me, where prepared for every possibility, including the one that exists right now.

"If Biden comes out of it as the clear leader, you're going to see a lot of the party falling behind him, and that changes our calculus," O'Brien said in the former taco-themed pop-up on South Congress, near St. Edwards University. "But, you know, for us—and we've said this a lot publicly now— we're hiring people for a year. This office is going to be open till November. Everybody is being hired through the election."

### Thank you for reading *Texas Monthly*

Now more than ever Texans are connecting over shared stories. Enjoy your unlimited access to our site. To have *Texas Monthly* magazine delivered to your home, **become a subscriber** today.

¶-000021

The campaign *had* indeed said that a lot publicly, but it still seemed worth confirming. Committing to people for nearly a year, even if your campaign is rejected by voters—especially at the salaries Bloomberg was paying even his lower-level field organizers—is unheard-of in politics, and for good reason: it would take one of the richest people on the planet to be able to afford that. Bloomberg, of course, is one of those people.

"You said everybody is?" I asked O'Brien.

"In every state. *Every* state. Full time. We're paying twice as much as most campaigns pay for our team. And we're signing them on for a year. *This* office is open for a year," he stressed. "Because we're building this big political machine that Mike wants to put at the service of the party, or ultimately whoever the nominee is. Because first and foremost he wants to see Trump beaten, and that's really what informed his decision to jump in the race."

On Monday morning, via a conference call, the Bloomberg campaign announced that it would be taking back its public and private commitments to that team. Staff at the

¶-000022

South Congress field office, like all of Bloomberg's offices in Texas, were told they could keep the shiny new MacBooks and iPhones they received when they took the job, and that they'd be paid through the end of March—but their jobs with Bloomberg were over, most of them effective immediately. (Some were asked to stay on for a few more days to wrap up administrative loose ends.) If they wanted to try to continue on with Bloomberg's efforts to see Trump beaten in the fall, they were invited to apply for jobs in the states that the campaign says it'll be focusing its efforts on.

Back in January, O'Brien said there were going to be seven such states. "Michigan, Wisconsin, Pennsylvania, Arizona, North Carolina, Texas, and Florida," he told me. "Those are the states where we think the juice is going to be in 2020. We're very optimistic that we can turn Texas blue this year. There's a lot of momentum behind that. Texas is such a huge and pivotal state that it would have a seismic impact around everything."

O'Brien didn't immediately return a call to explain what changed, in terms of Texas's role, between late January and the conference call on March 9. When I asked the Bloomberg

¶-000023

campaign whether fired staffers would be given priority in hiring in the states that apparently *do* still have "juice," I received a statement, attributable to "a campaign spokesperson."

"As we've said over the course of the campaign, this election will come down to six battleground states. It's imperative that we invest there with staff and infrastructure. Staff who were working in non-battleground states and would like to learn about future opportunities in the battleground states are being asked to let us know so we can consider them for jobs there." Six, of course, is less than seven, the number O'Brien gave me in January. The campaign also didn't directly answer the question of whether those fired staffers would be prioritized in hiring for whatever new campaign Bloomberg may launch.

The Democratic National Committee, meanwhile, added Texas to its list of target states in late February. More voters participated in the Democratic primary than in the GOP primary in this state for the first time since 2008, helping Joe Biden beat Bernie Sanders by nearly 100,000 votes (and Mike Bloomberg by more than 400,000). It does seem, in other words, like the Democratic party sees an opportunity

¶-000024

to put Texas in play in 2020—and with 38 electoral votes, it could win the presidency for Joe Biden or Bernie Sanders even if the nominee were to lose all of the other six states on Bloomberg's list of battleground states. The Texas House of Representatives is also in reach, there are nine competitive congressional races in the state (six of which would replace a Republican representative), and one seat in the U.S. Senate within the realm of possibility for Democrats in Texas, too.

In order to accomplish any of that, though, they'll have to do it without Bloomberg's money, resources, or the field staffers to whom his campaign had promised jobs. No staffer was able to speak on the record about their experience working for Bloomberg— the campaign made liberal use of nondisclosure agreements for field organizers—but they all expressed a general sense of disappointment. No longer would they have the chance to help make Texas competitive for Democrats. When I spoke with staffers prior to Super Tuesday, back when the campaign was still going strong, I met surprisingly idealistic young people who believed that working to turn Texas blue was worth making a deal with a billionaire who may not have

¶-000025

**21**

**COMMENTS**

**SHARE**

shared all of their values. A lot of folks
worked hard for the candidate in order
to keep up their end of the bargain. In
the end, they were the only ones who
did.

TAGS: NEWS, POLITICS, 2020
PRESIDENTIAL ELECTION,
MICHAEL BLOOMBERG

¶-000026