**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MELINDA HAMILTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-00488-BP** |
| | § | |
| **MIKE BLOOMBERG 2020 INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>FINAL JUDGMENT</u>

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    This case is **DISMISSED WITH PREJUDICE**.

2.    The taxable costs of court, as calculated by the clerk of court, and attorney's fees shall be borne by the party incurring the same.

3.    The clerk shall transmit a true copy of this Final Judgment to the parties.

It is so **ORDERED** on May 17, 2021.


_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE